PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEL GARCIA, <br><br> Defendant. | CASE NO. 5:18-MJ-00008-JLT <br><br> GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND RECALL WARRANT; ORDER |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the complaint in this case in the interest of justice and recall the arrest warrant.

**[The remainder of this page intentionally left blank.]**

1    This request is made because defendant self-surrendered to the Bureau of Prisons to serve his
2    remaining sentence and the warrant is no longer needed.

3    Dated:  May 20, 2024                                    PHILLIP A. TALBERT
                                                              United States Attorney
4

5                                                            By:  /s/ LAUREL J. MONTOYA
                                                                  LAUREL J. MONTOYA
6                                                                 Assistant United States Attorney

7

8

9    IT IS SO ORDERED.  The complaint is dismissed and the warrant is recalled.

10
     IT IS SO ORDERED.
11
     Dated:   **May 21, 2024**
12                                                           _____
                                                             UNITED STATES MAGISTRATE JUDGE
13